1  SEYFARTH SHAW LLP
   KARI ERICKSON LEVINE (SBN: 146101)
2  JONATHAN D. MARTIN (SBN: 188744)
   560 Mission Street, Suite 3100
3  San Francisco, California 94105
   Telephone: (415) 397-2823
4  Facsimile: (415) 397-8549

5  Attorneys for Defendant
   FRED LAU
6

7              UNITED STATES DISTRICT COURT

8       IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

9  FREDERICK SCHIFF,                  )  Case Nos. C03-4345 MMC
                                      )            C04-2261 MMC
10         Plaintiff,                 )            C04-2262 MMC
                                      )
11     v.                             )  **STIPULATION AND [PROPOSED]**
                                      )  **ORDER REGARDING DEPOSITION**
12 CITY AND COUNTY OF SAN FRANCISCO,  )  **AND MOTION SCHEDULING**
   et al.,                            )
13                                    )
           Defendants.                )
14                                    )
   _____)
15 NARDA GILLESPIE, et al.,           )
                                      )
16         Plaintiffs,                )
                                      )
17     v.                             )
                                      )
18 CITY AND COUNTY OF SAN FRANCISCO,  )
   et al.,                            )
19                                    )
           Defendants.                )
20 _____)
   MARK OSUNA,                        )
21                                    )
           Plaintiff,                 )
22                                    )
       v.                             )
23                                    )
   CITY AND COUNTY OF SAN FRANCISCO,  )
24 et al.,                            )
                                      )
25         Defendants.                )
                                      )
26                                    )
   _____)
27

28

STIPULATION AND [PROPOSED] ORDER – CASE NOS. C03-4345 MMC, C04-2261 MMC, C04-2262 MMC

1  Pursuant to the Order of this Court dated October 18, 2005, IT IS HEREBY
2  STIPULATED AND AGREED by and between the parties as follows:
3  The depositions of Marion Jackson, Con Johnson, Julian Hill, John Sanford and Mark
4  Osuna shall occur on November 2, 2005 beginning at 11:00 AM and November 4, 2005
5  beginning at 12:00 noon. The precise order and timing of these depositions will be determined
6  based on the availability of the deponents. The parties agree that the order in which the
7  foregoing five [four] individuals are deposed is immaterial.
8  The depositions of Gary Delagnes and Chris Cunnie shall occur on November 7, 2005
9  beginning at 9:30 AM. The precise order and timing of these depositions will be determined
10 based on the availability of the deponents. The parties agree that the order in which the
11 foregoing two individuals are deposed is immaterial.
12 The deposition of Prentice Earl Sanders will go forward before the discovery cutoff on a
13 date mutually agreed upon by all parties, either voluntarily at the request of the City Attorney, or
14 under a valid subpoena timely served on the deponent by plaintiffs' counsel.
15 The parties agree to the following schedule in connection with defendant Fred Lau's
16 motion for summary adjudication:
17 <u>December 2, 2005</u>: Last day for Lau to file amended motion for summary adjudication.
18 <u>December 16, 2005</u>: Last day for opposition to Lau's amended motion to be filed.
19 <u>December 23, 2005</u>: Last day for Lau to file reply brief in support of amended motion.
20 <u>January 6, 2006</u>: Hearing date for Lau's amended motion.

Dated: October 27, 2005

SEYFARTH SHAW LLP

By _____
Kari Erickson Levine

Attorneys for Defendant
FRED LAU

Dated: October 27, 2005

PRESTON GATES & ELLIS LLP

By _____

Attorneys for Defendant
ALEX FAGAN, SR.

Dated: October 27, 2005

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney

By _____
Deputy City Attorney

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated: October 27, 2005

PATRICK J. MANSHARDT

By _____
Patrick J. Manshardt

Attorneys for Plaintiffs

## ORDER

IT IS SO ORDERED.

Date: October 28, 2005

_____
United States District Court Judge