United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK SCHIFF, | No. C-03-4345 MMC |
| Plaintiff, | No. C-04-2261 MMC |
| | No. C-04-2262 MMC |
| v. | **ORDER WITHDRAWING REFERENCE** |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | |
| _____ | |
| NARDA GILLESPIE et al., | |
| Plaintiffs, | |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | |
| _____ | |
| MARK OSUNA, | |
| Plaintiff, | |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | |
| _____/ | |

1 As set forth at the Case Management Conference conducted November 4, 2005, the
2 reference to Magistrate Judge Elizabeth D. Laporte for the purpose of conducting a
3 settlement conference in the above-titled action is hereby withdrawn.

**IT IS SO ORDERED.**

Dated: November 4, 2005

MAXINE M. CHESNEY
United States District Judge