**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8                           IN THE UNITED STATES DISTRICT COURT

9                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   FREDERICK SCHIFF,                          No. C-03-4345 MMC
                                                No. C-04-2261 MMC
12              Plaintiff,                       No. C-04-2262 MMC

13      v.                                       **ORDER CONTINUING HEARING ON
                                                 DEFENDANT FRED LAU'S MOTION FOR**
14   CITY AND COUNTY OF SAN FRANCISCO,           **SUMMARY ADJUDICATION**
     et al.,
15
                Defendants.
16   _____

17   NARDA GILLESPIE et al.,

18              Plaintiffs,

19      v.

20   CITY AND COUNTY OF SAN FRANCISCO,
     et al.,
21
                Defendants.
22   _____

23   MARK OSUNA,

24              Plaintiff,

25      v.

26   CITY AND COUNTY OF SAN FRANCISCO,
     et al.,
27
                Defendants.
28   _____/

1    Because a number of summary judgment motions in the instant actions are

2  scheduled to be heard January 13, 2006, the hearing on defendant Fred Lau's motion for

3  summary adjudication, which is currently scheduled for January 6, 2006, is hereby

4  CONTINUED to January 13, 2006 at 9:00 a.m., in order that all motions for summary

5  judgment in the instant actions may be heard on the same date.

6       **IT IS SO ORDERED.**

7  Dated: December 22, 2005

MAXINE M. CHESNEY
United States District Judge