1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH S. SALVESON, State Bar #83788
   Chief Labor Attorney
3  JILL A. SPRAGUE, State Bar #201584
   MICHAEL LEON GUERRERO, State Bar #183818
4  Deputy City Attorneys
   Fox Plaza, Fifth Floor
5  San Francisco, California 94102
   Telephone:    (415) 554-3935
6  Facsimile:    (415) 554-4248

7  Attorneys for Defendant
   City and County of San Francisco
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK SCHIFF,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO et al.,<br><br>Defendants. | Case No. C 03-04345 MMC<br><br>**JOINT STIPULATION TO CONTINUE DEPOSITION OF PLAINTIFFS' PROFFERED EXPERT TO A DATE BEYOND THE EXPERT DISCOVERY CUT-OFF** |
| NARDA GILLESPIE, et al,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO et al.,<br><br>Defendants. | Case No. C 04-2261 MMC<br><br>[*Related Case*] |
| MARK OSUNA,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO et al.,<br><br>Defendants. | Case No. C 04-2262 MMC<br><br>[*Related Case*] |

\\



1

1  The parties had originally agreed to take the deposition of plaintiffs' proffered expert,
2  Peter Morrison, on January 3, 2006. In an effort to avoid the expense of attorney's fees, travel
3  expenses (Mr. Morrison lives on the East Coast), and expert's fees, the parties have agreed to
4  continue Mr. Morrison's deposition to a date following the January 13, 2006, hearing on
5  defendants' motions for summary judgment. Accordingly, IT IS HEREBY STIPULATED AND
6  AGREED by and between the parties as follows:

7  The parties agree to continue the deposition of plaintiffs' proffered expert, Peter
8  Morrison, to a date beyond the expert discovery cut-off of January 3, 2006. The parties further
9  agree that Mr. Morrison's deposition will take place within one week of the January 13, 2006
10 hearing on defendants' pending motions for summary judgment.

Dated: January 3, 2006                    Respectfully submitted,

                                          By:_____
                                             JILL A. SPRAGUE
                                             Deputy City Attorney
                                             Attorneys for Defendant CCSF

Dated: January 3, 2006                    By:_____
                                             KARI ERICKSON LEVINE
                                             Attorney for Defendant Fred H. Lau

Dated: January 3, 2006                    By:_____
                                             JOHN L. BOOS
                                             Attorney for Defendant Alex E. Fagan

Dated: January 3, 2006                    By:_____
                                             PATRICK J. MANSHARDT
                                             Attorney for Plaintiff Frederick Schiff

## ORDER

IT IS SO ORDERED.

Dated: _____                     _____
                                          United States District Court Judge



1   The parties had originally agreed to take the deposition of plaintiffs' proffered expert,
2   Peter Morrison, on January 3, 2006. In an effort to avoid the expense of attorney's fees, travel
3   expenses (Mr. Morrison lives on the East Coast), and expert's fees, the parties have agreed to
4   continue Mr. Morrison's deposition to a date following the January 13, 2006, hearing on
5   defendants' motions for summary judgment. Accordingly, IT IS HEREBY STIPULATED AND
6   AGREED by and between the parties as follows:

7   The parties agree to continue the deposition of plaintiffs' proffered expert, Peter
8   Morrison, to a date beyond the expert discovery cut-off of January 3, 2006. The parties further
9   agree that Mr. Morrison's deposition will take place within one week of the January 13, 2006
10  hearing on defendants' pending motions for summary judgment.

Dated: January 3, 2006                         Respectfully submitted,

                                               By: _____
                                                   JILL A. SPRAGUE
                                                   Deputy City Attorney
                                                   Attorneys for Defendant CCSF

Dated: January 3, 2006                         By: _____
                                                   KARI ERICKSON LEVINE
                                                   Attorney for Defendant Fred H. Lau

Dated: January 3, 2006                         By: _____
                                                   JOHN L. BOOS
                                                   Attorney for Defendant Alex E. Fagar

Dated: January 3, 2006                         By: _____
                                                   PATRICK J. MANSHARDT
                                                   Attorney for Plaintiff Frederick Schiff

### ORDER

IT IS SO ORDERED.

Dated: _____                        _____
                                               United States District Court Judge



1   The parties had originally agreed to take the deposition of plaintiffs' proffered expert,
2   Peter Morrison, on January 3, 2006. In an effort to avoid the expense of attorney's fees, travel
3   expenses (Mr. Morrison lives on the East Coast), and expert's fees, the parties have agreed to
4   continue Mr. Morrison's deposition to a date following the January 13, 2006, hearing on
5   defendants' motions for summary judgment. Accordingly, IT IS HEREBY STIPULATED AND
6   AGREED by and between the parties as follows:

    The parties agree to continue the deposition of plaintiffs' proffered expert, Peter
    Morrison, to a date beyond the expert discovery cut-off of January 3, 2006. The parties further
    agree that Mr. Morrison's deposition will take place within one week of the January 13, 2006
    hearing on defendants' pending motions for summary judgment.

Dated: January 3, 2006                Respectfully submitted,

                                      By: _____
                                          JILL A. SPRAGUE
                                          Deputy City Attorney
                                          Attorneys for Defendant CCSF

Dated: January 3, 2006                By: _____
                                          KARI ERICKSON LEVINE
                                          Attorney for Defendant Fred H. Lau

Dated: January 3, 2006                By: _____
                                          JOHN L. BOOS
                                          Attorney for Defendant Alex E. Fagan

Dated: January 3, 2006                By: _____
                                          PATRICK J. MANSHARDT
                                          Attorney for Plaintiff Frederick Schiff

## ORDER

IT IS SO ORDERED.

Dated: January 9, 2006                _____
                                      United States District Court Judge



STIP. RE: EXPERT DEPO.                                      Case Nos. 03-4345 / 04-2261 / 04-2262



PJManshardtlaw@aol.com
12/30/2005 01:35 PM

To: Jill.Sprague@sfgov.org, klevine%SFGOV@sfgov.org
cc: jboos@prestongates.com, JillC@prestongates.com, Michael.Leon.Guerrero@sfgov.org
bcc:
Subject: Re: Peter Morrison's Deposition

I agree to put over the Morrison deposition until after the MSJ's are heard.