United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK SCHIFF,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants.<br>_____ | No. C-03-4345 MMC<br>No. C-04-2261 MMC<br>No. C-04-2262 MMC<br><br>**ORDER TO SHOW CAUSE WHY SCHIFF AND MANSHARDT DECLARATIONS SHOULD NOT BE STRICKEN/DISREGARDED** |
| NARDA GILLESPIE et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants.<br>_____ | |
| MARK OSUNA,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants.<br>_____/ | |

Before the Court are four separate motions for summary judgment, noticed for hearing January 13, 2006, and plaintiffs' oppositions thereto.

Defendants Fred Lau ("Lau") and the City and County of San Francisco ("City") correctly note that part of the evidence on which plaintiffs rely has not been properly submitted to the Court. In particular, Lau objects to the Schiff Declaration, attached to plaintiffs' joint opposition to Lau's motion for summary judgment, on the ground it is not signed; the City objects to the Declaration of Frederick Manshardt, cited in plaintiffs' joint opposition to the City's motion for summary judgment, on the ground said declaration was neither filed with the Court nor served on the City.

Accordingly, plaintiffs are hereby ORDERED TO SHOW CAUSE in writing, no later than January 12, 2005 at 4:00 p.m., why the entirety of such declarations should not be stricken and/or disregarded by the Court.

**IT IS SO ORDERED.**

Dated: January 11, 2006

MAXINE M. CHESNEY
United States District Judge