| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669 |
| | City Attorney |
| 2 | ELIZABETH S. SALVESON, State Bar #83788 |
| | Chief Labor Attorney |
| 3 | JILL A. SPRAGUE, State Bar #201584 |
| | MICHAEL LEON GUERRERO, State Bar #183818 |
| 4 | Deputy City Attorneys |
| | Fox Plaza, Fifth Floor |
| 5 | San Francisco, California 94102 |
| | Telephone: (415) 554-3935 |
| 6 | Facsimile: (415) 554-4248 |

Attorneys for Defendant
City and County of San Francisco

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK SCHIFF, | Case No. C 03-04345 MMC |
| Plaintiff, | **JOINT STIPULATION AND ORDER TO CONTINUE SUMMARY JUDGMENT HEARING DATE AND DEPOSITION OF PLAINTIFFS' PROFFERED EXPERT** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO et al., | |
| Defendants. | |
| NARDA GILLESPIE, et al, | Case No. C 04-2261 MMC |
| Plaintiff, | [*Related Case*] |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO et al., | |
| Defendants. | |
| MARK OSUNA, | Case No. C 04-2262 MMC |
| Plaintiff, | [*Related Case*] |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO et al., | |
| Defendants. | |

\\



On January 12, 2006, Judge Spero recorded the settlement of eleven of the twelve plaintiffs in this litigation. The remaining plaintiff, Narda Gillespie, was unreachable but is expected to return to the area tomorrow. The parties wish to pursue settlement discussions with Gillespie when she returns and jointly request that the current January 13, 2006 summary judgment hearing date be continued for one week, to January 20, 2006. The parties also jointly request that the deposition of plaintiffs' proffered expert, Peter Morrison, be continued and conducted within one week of the continued summary judgment hearing date. Plaintiff's counsel, Patrick Manshardt, is currently en route back to Los Angeles (and is unable to sign this stipulation) but has agreed to the terms of the stipulation and has authorized Deputy City Attorney Michael J. Leon Guerrero to sign the stipulation on his behalf.

Accordingly, IT IS HEREBY STIPULATED AND AGREED by and between the parties as follows:

The parties agree to continue the current January 13, 2006 summary judgment hearing date to January 20, 2006. The parties further agree that Peter Morrison's deposition will take place within one week of the new January 20, 2006 summary judgment hearing date.

Dated: January 3, 2006          Respectfully submitted,

                                By:          /s/
                                    MICHAEL J. LEON GUERRERO
                                    Deputy City Attorney
                                    Attorneys for Defendant CCSF

Dated: January 3, 2006          By:_____
                                    KARI ERICKSON LEVINE
                                    Attorney for Defendant Fred H. Lau

Dated: January 3, 2006          By:_____
                                    JOHN L. BOOS
                                    Attorney for Defendant Alex E. Fagan

Dated: January 3, 2006          By:_____
                                    PATRICK J. MANSHARDT
                                    Attorney for Plaintiff Frederick Schiff



**ORDER**

IT IS SO ORDERED.

Dated: January 12, 2006

_____
United States District Court Judge