**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  FREDERICK SCHIFF,                    No. C-03-4345 MMC
                                         No. C-04-2261 MMC
12          Plaintiff,                    No. C-04-2262 MMC

13    v.                                 **ORDER OF DISMISSAL**

14  CITY AND COUNTY OF SAN FRANCISCO,
    et al.,
15
            Defendants.
16  _____

17  NARDA GILLESPIE et al.,

18          Plaintiffs,

19    v.

20  CITY AND COUNTY OF SAN FRANCISCO,
    et al.,
21
            Defendants.
22  _____

23  MARK OSUNA,

24          Plaintiff,

25    v.

26  CITY AND COUNTY OF SAN FRANCISCO,
    et al.,
27
            Defendants.
28  _____/

The parties having advised the Court that they have agreed to a settlement of the above-titled actions,

IT IS HEREBY ORDERED that said actions be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within 120 days, with proof of service of a copy thereof on opposing counsel, that the agreed consideration for the settlement has not been delivered, the foregoing order shall stand vacated and the actions shall forthwith be restored to the calendar to be set for trial.

**IT IS SO ORDERED.**

Dated: January 20, 2006

MAXINE M. CHESNEY
United States District Judge

2