United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK SCHIFF,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>        Defendants.<br>_____<br><br>NARDA GILLESPIE et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>        Defendants.<br>_____<br><br>MARK OSUNA,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>        Defendants.<br>_____/ | No. C-03-4345 MMC<br>No. C-04-2261 MMC<br>No. C-04-2262 MMC<br><br>**AMENDED ORDER REFERRING TO MAGISTRATE JUDGE JOSEPH C. SPERO (1) PLAINTIFFS' "APPLICATION FOR AN ORDER TO SHOW CAUSE COMPELLING MARK SULLIVAN TO EXECUTE THE SETTLEMENT AGREEMENT OR IN THE ALTERNATIVE AN ORDER AFFIRMING THE SETTLEMENT AGREEMENT; AND AN ORDER FOR EQUITABLE DISTRIBUTION OF PROCEEDS PURSUANT TO AWARD OF ARBITRATOR IN THE ABSENCE OF AN AGREEMENT, OR IN THE ALTERATIVE, FOR A SETTLEMENT CONFERENCE" AND (2) CITY'S MOTION TO ENFORCE SETTLEMENT AGAINST PLAINTIFF MARK SULLIVAN; ORDER REFERRING TO MAGISTRATE JUDGE SPERO CITY'S MOTION FOR ATTORNEYS' FEES AND COSTS AGAINST PLAINTIFF MARK SULLIVAN**<br><br>(Docket Nos. 198 and 203 in Case No. C-03-4345; Docket Nos. 133 and 138 in Case No. C-04-2261) |

On March 23, 2007, plaintiffs Narda Gillespie, Donald Woolard, Michael Zurcher, Dennis Quinn, Michael Hughes, Gregory Mar, and Tom Feledy ("plaintiffs") filed, in Case No. C-04-2261, an application titled "Application for an Order to Show Cause Compelling Mark Sullivan to Execute the Settlement Agreement or in the Alternative an Order Affirming the Settlement Agreement; and an Order for Equitable Distribution of Proceeds Pursuant to Award of Arbitrator in the Absence of an Agreement, or in the Alterative, for a Settlement Conference," and noticed the matter for hearing before Magistrate Judge Joseph C. Spero, who presided over the settlement conference that resulted in the settlement agreement at issue. On April 4, 2007, plaintiffs renoticed the motion for hearing before the undersigned.[1]

Meanwhile, on March 26, 2007, defendant City and County of San Francisco ("City") filed, in Case No. C-03-4345, a "Motion to Enforce Settlement Agreement Against Plaintiff Mark Sullivan," and noticed the motion for hearing before Magistrate Judge Spero.

Finally, on May 23, 2007, the City filed, in Case No. C-03-4345, a "Motion for Attorneys' Fees and Costs Against Plaintiff Mark Sullivan," and noticed the motion for hearing before Magistrate Judge Spero.

Because Magistrate Judge Spero presided over the settlement conference and placed the settlement on the record, it is appropriate for Magistrate Judge Spero to hear all of the above-referenced matters. Accordingly, the above-referenced application and motions are hereby referred to Magistrate Judge Spero to be heard at the convenience of his calendar. The May 11, 2007 hearing noticed before the undersigned is hereby VACATED.

**IT IS SO ORDERED.**

Dated: June 29, 2007

MAXINE M. CHESNEY
United States District Judge

---

[1] The reason for the renotice is not apparent from the record, but the Court understands it was at the request of court staff.

2