IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK SCHIFF,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants.<br>_____ | No. C-03-4345 MMC<br>No. C-04-2261 MMC<br>No. C-04-2262 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

NARDA GILLESPIE et al.,

    Plaintiffs,

  v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.
_____

MARK OSUNA,

    Plaintiff,

  v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.
_____/

The Court is in receipt of the parties' Joint Status Conference Statement, filed December 17, 2007, wherein the parties represent they have obtained all necessary signatures on the settlement agreement, received a recommendation for approval of the settlement from the San Francisco Police Commission, and are awaiting certification of available funds by the Controller's Office and, subsequently, approval of the settlement by the Rules and Audit Committee and the full Board of Supervisors. (See Joint Status Cont. Stmt. at 5:3-10.) Given the pendency of the approval process, the parties request the January 11, 2008 Case Management Conference be continued to April 11, 2008.

Good Cause Appearing, the Case Management Conference previously scheduled for January 11, 2008 is hereby CONTINUED to April 11, 2008.

**IT IS SO ORDERED.**

Dated: December 27, 2007

MAXINE M. CHESNEY
United States District Judge