**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   FREDERICK SCHIFF,                              No. C-03-4345 MMC
                                                    No. C-04-2261 MMC
12              Plaintiff,                          No. C-04-2262 MMC

13      v.                                          **ORDER DENYING CONTINUANCE OF**
                                                    **APRIL 11, 2008 CASE MANAGEMENT**
14   CITY AND COUNTY OF SAN FRANCISCO,              **CONFERENCE**
     et al.,
15
                Defendants.
16   _____

17   NARDA GILLESPIE et al.,

18              Plaintiffs,

19      v.

20   CITY AND COUNTY OF SAN FRANCISCO,
     et al.,
21
                Defendants.
22   _____

23   MARK OSUNA,

24              Plaintiff,

25      v.

26   CITY AND COUNTY OF SAN FRANCISCO,
     et al.,
27
                Defendants.
28   _____/

1       The Court is in receipt of the Joint Status Conference Statement, filed April 8, 2008,

2   in which some of the parties request that the Status Conference be continued for a period

3   of two months.

4       The request for a continuance is DENIED and counsel for all parties shall appear at

5   the Conference on April 11, 2008 at 10:30 a.m., as previously scheduled.

6       **IT IS SO ORDERED.**

7

8   Dated: April 9, 2008

9                                                           MAXINE M. CHESNEY
                                                            United States District Judge