Gerald M. Murphy, State Bar No. 99994
Justin L. Allamano, State Bar No. 229764
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.4610
Email:     gmurphy@luce.com

Attorneys for Narda Gillespie, Donald Woolard,
Michael Zurcher, Dennis Quinn, Michael Hughes,
Gregory Mar and Tom Feledy

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK SCHIFF, | Case No. C 03-04345 MMC |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO et al., | |
| Defendants. | |
| NARDA GILLESPIE, et al, | Case No. C 04-2261 MMC |
| Plaintiff, | [*Related Case*] |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO et al., | |
| Defendants. | |
| MARK OSUNA, | Case No. C 04-2262 MMC |
| Plaintiff, | [*Related Case*] |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to these actions, through their

designated counsel, and by and between the Lienholders referenced in paragraph three below:

1.    The parties to the above-referenced actions have executed a Settlement Agreement and Release in which the City and County of San Francisco ("The City") has agreed to pay $1,585,258.00 ("Settlement Amount") in accordance with the terms of the Settlement Agreement.

2.    Plaintiffs Narda Gillespie, Donald Woolard, Michael Zurcher, Dennis Quinn, Michael Hughes, Greg Mar and Tom Feledy (hereinafter "**Feledy Group Plaintiffs**") and their counsel Gerald M. Murphy; Plaintiff Mark Sullivan ("**Sullivan**") and his counsel Gene Atherton, Esq.; Plaintiffs Mark Osuna, Kurt Bruneman, Frederick Schiff and Donna Meixner-Leonard ("**Schiff Group Plaintiffs**") and their attorney Patrick Manshardt; and the lien holders RDLF Financial Services LLC, RD Legal Funding Partners LP, One Bunker Hill Law LLC (the "Lien Holders") jointly request **that the court order the City to deposit the settlement funds into the escrow account at Fidelity National Title Company Escrow No. 08-652685-RL, in accordance with the terms of this Stipulation and Order and the Escrow Agreement attached hereto as Exhibit 1 ("Escrow Agreement").**

3.    Manshardt has encumbered the Settlement Amount with liens/assignments held by lien holders RDLF Financial Services LLC, RD Legal Funding Partners LP, and One Bunker Hill Law LLC ("**Lien Holders**") in the following amounts:

    (a)    RDLF Financial Services, LLC: $317,477.03

    (b)    RD Legal Funding Partners, LP: $34,038.13

    (c)    One Bunker Hill Law, LLC: $69,147.21

4.    Manshardt confirms that the three Lien Holders listed above are the only creditors to which Manshardt has encumbered the Settlement Amount.

5.    The Lien Holders agree that the above outstanding balances on their liens/assignments are correct.

6.    Upon the Court's execution of this Stipulation and Order, Manshardt shall immediately endorse the settlement check now in the possession of the City, held by City Attorney Michael J. Leon Guerrero.  Manshardt will relinquish the endorsed check to the City.  The City shall then deliver the endorsed settlement check to the escrow agent at Fidelity National Title

1    Company upon Manshardt's endorsement of said check.

2          7.    Upon the Court's execution of this Stipulation and Order, the Escrow Agreement

3    shall immediately be executed by the Plaintiffs or their authorized representatives and by the

4    Lienholders.  Gerald Murphy, counsel for the Feledy Group Plaintiffs, shall deliver the fully-

5    executed Escrow Agreement to the escrow agent according to its terms.

6          8.    Upon the Court's execution of this Stipulation and Order, and upon deposit of this

7    fully-executed Stipulation and Order, the endorsed settlement check, and the fully executed

8    Escrow Agreement into the escrow account: (a) Manshardt shall immediately release to the Lien

9    Holders from the escrow funds the amounts indicated in paragraph three above out of his portion

10   of the Settlement Amount, defined below; and (b) Lien Holders waive any and all claims or

11   potential claims against The City, and agree to hold The City harmless for any damage or claim

12   relating to its actions, including but not limited to its action in delivering the fully-executed

13   settlement check to the escrow agent at Fidelity National Title Company.

14         9.    In accordance with the Escrow Agreement, the escrow agent shall distribute the

15   sum of $700,000.00 to the Feledy Group Plaintiffs, by way of a check payable to the trust account

16   of Luce Forward Hamilton Scripps LLP.

17         10.   In accordance with the Escrow Agreement, the escrow agent shall distribute the

18   sum of $85,258.00 to Sullivan, by way of a check payable to Pursley Law Firm, Trust Account,

19   1760 Creekside Drive #190, Sacramento, California 95833.

20         11.   Escrow Funds remaining from the Settlement Amount, after the Feledy Group

21   Plaintiffs, Sullivan, and the Lien Holders have been paid as described above, and after the escrow

22   fees have been paid, shall be paid to Manshardt, first in trust for the Schiff Group Plaintiffs and

23   then for his own fees.

24         12.   All Plaintiffs (Feledy Group Plaintiffs, Sullivan, Schiff Group Plaintiffs), their

25   counsel, and Lienholders waive any and all claims or potential claims against The City, agree to

26   hold The City harmless for any damage or claim relating to its actions, including but not limited to

27   its action in delivering the fully-executed settlement check to the escrow agent at Fidelity National

28   Title Company, and agree not to sue or initiate any action or proceeding against the City.

1   DATED: April 30, 2008

2

3                                          By: _____
4                                              MICHAEL J. LEON GUERRERO, ESQ,
                                               Attorney for City and County of San Francisco
5

6

7   DATED: April     , 2008

8

9
                                           By: _____
10                                             GENE ATHERTON, ESQ.
                                               Attorney for Plaintiff Sullivan
11

12

13  DATED: April     , 2008

14

15                                         By: _____
16                                             GERALD M. MURPHY, ESQ.
                                               LUCE, FORWARD, HAMILTON & SCRIPPS LLP
17                                             Attorney for Plaintiffs Gillespie, Woolard, Zurcher,
                                               Quinn, Hughes, Mar, Feledy
18

19  DATED: April     , 2008

20

21
                                           By: _____
22                                             PATRICK J. MANSHARDT, ESQ.
                                               Attorney for Plaintiffs Schiff, Bruneman, Osuna,
23                                             Leonard-Meixner

24  DATED: April     , 2008

25

26
                                           By: _____
27                                             RDLF FINANCIAL SERVICES LLC

28

1   DATED: April    , 2008

2

3                      By: _____

4                          RD LEGAL FUNDING PARTNERS LP

5

6   DATED: April    , 2008

7

8

9                      By: _____

                          ONE BUNKER HILL LAW LLC

10

11

12  IT IS SO ORDERED.

13

14

15                       _____

                       United States District Court Judge

16

17

18  301036665.1

19

20

21

22

23

24

25

26

27

28

DATED: April   , 2008

By: _____
MICHAEL J. LEON GUERRERO, ESQ,
Attorney for City and County of San Francisco

DATED: April 29 2008

By: _E. Eugene Atherton_____
GENE ATHERTON, ESQ.
Attorney for Plaintiff Sullivan

DATED: April   , 2008

By: _____
GERALD M. MURPHY, ESQ.
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Attorney for Plaintiffs Gillespie, Woolard, Zurcher,
Quinn, Hughes, Mar, Feledy

DATED: April   , 2008

By: _____
PATRICK J. MANSHARDT, ESQ.
Attorney for Plaintiffs Schiff, Bruneman, Osuna,
Leonard-Meixner

DATED: April   , 2008

By: _____
RDLF FINANCIAL SERVICES LLC

4
STIPULATION AND [PROPOSED ORDER]

DATED: April   , 2008

By: _____
MICHAEL J. LEON GUERRERO, ESQ.
Attorney for City and County of San Francisco

DATED: April   , 2008

By: _____
GENE ATHERTON, ESQ.
Attorney for Plaintiff Sullivan

DATED: April   , 2008

By: _____
GERALD M. MURPHY, ESQ.
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Attorney for Plaintiffs Gillespie, Woolard, Zurcher,
Quinn, Hughes, Mar, Feledy

DATED: April 29, 2008

By: _____
PATRICK J. MANSHARDT, ESQ.
Attorney for Plaintiffs Schiff, Bruneman, Osuna,
Leonard-Meixner

DATED: April   , 2008

By: _____
RDLF FINANCIAL SERVICES LLC

4
STIPULATION AND [PROPOSED ORDER]

1  DATED: April    , 2008

2

3                                      By: _____

4                                          MICHAEL J. LEON GUERRERO, ESQ,
                                           Attorney for City and County of San Francisco
5

6

7  DATED: April    , 2008

8

9                                      By: _____

10                                         GENE ATHERTON, ESQ.
                                           Attorney for Plaintiff Sullivan
11

12

13  DATED: April    , 2008

14

15                                     By: _____

16                                         GERALD M. MURPHY, ESQ.
                                           LUCE, FORWARD, HAMILTON & SCRIPPS LLP
17                                         Attorney for Plaintiffs Gillespie, Woolard, Zurcher,
                                           Quinn, Hughes, Mar, Feledy
18

19  DATED: April    , 2008

20

21                                     By: _____

22                                         PATRICK J. MANSHARDT, ESQ.
                                           Attorney for Plaintiffs Schiff, Bruneman, Osuna,
23                                         Leonard-Meixner

24  DATED: April    , 2008

25

26                                     By: _____

27                                         RDLF FINANCIAL SERVICES LLC

28

                                       4
                            STIPULATION AND [PROPOSED ORDER]

1  DATED: April   , 2008

2

3                                          By: _____

4                                               RD LEGAL FUNDING PARTNERS LP

5

6  DATED: April 29, 2008

7

8                                          By: _____

9                                               ONE BUNKER HILL LAW LLC

10                                              Member/Manager

11

12 IT IS SO ORDERED.

13

14                                          _____

15                                          United States District Court Judge

16

17

18 J01036665.1

19

20

21

22

23

24

25

26

27

28

1   DATED: April  , 2008

2

3                  By: _____

4                     RD LEGAL FUNDING PARTNERS LP

5

6   DATED: April  , 2008

7

8

9                  By: _____

                     ONE BUNKER HILL LAW LLC

10

11

12   IT IS SO ORDERED.  Additionally, in light of the above stipulation, defendant City and County

13   of San Francisco's Motion to Deposit Settlement Check with the Court is hereby DENIED as moot.

14   Dated:  May 6, 2008                           _____

15                     United States District Court Judge

16

17

18   301036665.1

19

20

21

22

23

24

25

26

27

28

MAY-01-2008  06:39             95%        P.14

EXHIBIT 1

## ESCROW AGREEMENT

This Escrow Agreement ("**Agreement**"), dated as of April __, 2008, is entered into by and among Plaintiffs Narda Gillespie, Donald Woolard, Michael Zurcher, Dennis Quinn, Michael Hughes, Greg Mar and Tom Feledy (hereinafter "**Feledy Group Plaintiffs**"), Plaintiff Mark Sullivan ("**Sullivan**"), Plaintiffs Frederick Schiff, Kurt Bruneman, Mark Osuna, Donna Leonard-Meixner (hereinafter "**Schiff Group Plaintiffs**"), Patrick Manshardt ("**Manshardt**"), and Fidelity National Title Insurance as escrow agent ("**Escrow Agent**").   (Collectively, the Feledy Group Plaintiffs, Sullivan, and Schiff Group Plaintiffs, Manshardt will be referred to as the "Plaintiffs".)

## R E C I T A L S :

WHEREAS, Plaintiffs and the City and County of San Francisco ("**City**") have reached a Settlement Agreement and Release ("**Settlement Agreement**") in the lawsuits entitled *Gillespie et al. v. City and County of San Francisco*, United States District Court for the Northern District of California Case No. C-04-2261-MMC; *Frederick Schiff v. City and County of San Francisco*, United States District Court for the Northern District of California Case No. C-03-4345-MMC; *Mark Osuna v. City and County of San Francisco*, United States District Court for the Northern District of California Case No. C-04-2262-MMC (the "**Lawsuits**"), in which the City has agreed to pay the sum of One Million Five Hundred Eight Five Thousand Two Hundred Fifty Eight Dollars ($1,585,258.00) in settlement of the Lawsuits ("**Settlement Amount**"), which amount is to be submitted to Escrow Agent until such time as the Settlement Amount is distributed as provided below.

WHEREAS, Manshardt has encumbered the Settlement Amount with assignment/liens filed by RD Legal Funding Partners, LP, RDLF Financial Services, LLC and One Bunker Hill Law, LLC (the "**Lien Holders**"), as follows:

| | |
|---|---|
| RD Legal Funding Partners, LP. : | $34,038.13 |
| RDLF Financial Services, LLC: | $317,477.03 |
| One Bunker Hill Law, LLC | $69,147.21 |

WHEREAS, Manshardt confirms that the Lien Holders, as defined above, are the only creditors to which he has encumbered the Settlement Amount;

WHEREAS, the Lien Holders confirm that the above-stated outstanding balances on their liens and assignments are correct;

WHEREAS, the United States District Court has executed the Parties Stipulation and Order ("**Stipulation and Order**"), requiring that Manshardt endorse the $1,585,258.00 settlement check and that the City deliver said endorsed check to the Escrow Agent;

WHEREAS, Manshardt agrees to pay the Lien Holders and release from the Settlement Amount deposited into escrow, the amount indicated above out of his portion of the Settlement Amount, defined below;

WHEREAS, the Lien Holders agree to immediately void, cancel, and extinguish the outstanding assignments/liens against the City upon the Lien Holders signing this Agreement, including the prompt execution of all documents necessary to accomplish said cancellation;

A G R E E M E N T :

NOW THEREFORE, in consideration of the foregoing premises and the mutual covenants set forth in this Agreement, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto agree as follows:

**1.      Appointment of Escrow Agent**.  The Feledy Group Plaintiffs, Sullivan, Schiff Group Plaintiffs, and Manshardt hereby appoint Escrow Agent to act as escrow agent hereunder, and Escrow Agent hereby accepts such appointment and agrees to act as escrow agent and to hold, safeguard and disburse the Escrow Fund (as defined below) pursuant to the terms and conditions hereof.

**2.      Escrow of Funds**.  Immediately upon the Court's Execution of the Stipulation and Order for the Lawsuits, Manshardt shall endorse the One Million Five Hundred Eight Five Thousand Two Hundred Fifty Eight Dollars ($1,585,258.00) ("**Settlement Check**").  Pursuant to the Stipulation and Order, the City shall deliver the fully-endorsed Settlement Check to the Escrow Agent, which the Escrow Agent shall deposit ("**Escrow Funds**").  Upon receipt by Escrow Agent, Escrow Agent shall hold the Escrow Funds in escrow for the benefit of the Feledy Group Plaintiffs, Sullivan, the Schiff Group Plaintiffs, the Lien Holders and Manshardt in accordance with this Agreement.  This Agreement shall not become effective until the Escrow Agent receives the Escrow Funds.

**3.      Lien Holders**

The parties will deliver to the Escrow Agent a fully-executed Stipulation and Order setting forth the amount of the Lien Holders claims.  Lien Holders shall be paid by the Escrow Agent from the Escrow Funds in accordance with said Stipulation and Order.

**4.      Disbursements**.

Following receipt by Escrow Agent of the fully-executed Stipulation and Order, and pursuant to these joint instructions from the parties governing the distribution of the proceeds (collectively "**Direction Notice**"), the Escrow Funds shall be disbursed as follows:

a.      The sum of $700,000.00 payable to the Trust Account of Luce, Forward, Hamilton & Scripps, LLP, representing the portion of the settlement allocated to Plaintiffs Thomas Feledy, Narda Gillespie, Donald Woolard, Michael Zurcher, Dennis Quinn, Michael Hughes, and Greg Mar;

b.      The sum of $85,258.00 payable to Gene Atherton, Esq., Pursley Law Firm, Trust Account, representing the portion of the settlement allocated to Plaintiff Mark Sullivan;

c.      The sum of $317,477.03 payable to RDLF Financial Services, LLC;

d.      The sum of 34,038.13 payable to RD Legal Funding Partners, LP;

2

e.      The sum of $69147.21 payable to One Bunker Hill Law, LLC;

f.      The escrow fees in the amount of $1,000 to Fidelity Title Company;

g.      The sum of $200,000.00 payable to Frederick Schiff;

h.      The sum of $50,000.00 payable to Mark Osuna;

i.      The sum of $50,000.00 payable to Kurt Bruneman;

j.      The sum of $50,000.00 payable to Donna Meixner;

k.      The remaining funds shall be payable to Patrick Manshardt, representing the remaining attorneys fees earned by Manshardt.

**5.      Escrow Fees.**  Escrow fees of $1,000 shall be borne solely by Manshardt.

**6.      Hold Harmless and Waiver.**  The Plaintiffs, their counsel, and Lien Holders agree to hold the City harmless for any damage or claim relating to its actions, including but not limited to its action in delivering the fully-executed settlement check to the Escrow Agent, agree to waive any and all claims or potential claims against the City, and agree not sue or initiate any action or proceeding against the City if the Settlement Amount is deposited with the Escrow Agent pursuant to the terms of this Agreement.

**7.      Notices.**  All notices, requests, demands and other communications provided for by this Agreement shall be in writing and shall be deemed to have been given when hand delivered, when received if sent by facsimile or email or by same day or overnight recognized commercial courier service or three business days after being mailed in any general or branch office of the United States Postal Service, enclosed in a registered or certified postpaid envelope, addressed to the address of the parties stated below or to such changed address as such party may have fixed by notice:

If to the Feledy Group Plaintiffs:
Gerald M. Murphy, Esq.
Luce, Forward, Hamilton & Scripps LLP
121 Spear Street, Suite 200
San Francisco, CA 94105


If to Mark Sullivan:
Gene Atherton, Esq.
Pursley, Rush & Wesley, LLP
1760 Creekside Oaks Dr., Suite 190
Sacramento, CA 95833


If to Manshardt or Schiff Group Plaintiffs:
Patrick J. Manshardt, Esq.
Attorney at Law

3

One Bunker Hill Building
601 West Fifth Street, Eighth Floor
Los Angeles, CA 90071


If to Escrow Agent:
Fidelity National Title Insurance Company
50 California Street, Suite 3550
San Francisco, CA 94111


If to RDLF Financial Services, LLC or RD Legal Funding Partners, LP
Attn: Manager Roni Dersovitz
RD Legal Funding, LLC
One Engle Street
Englewood, NJ 07631


If to One Bunker Hill Law, LLC
Attn: Manager Lorraine L. Loder
One Bunker Hill, 8th Floor
601 West Fifth Street
Los Angeles, CA 90071-2094


   **8.     Jurisdiction; Service of Process**.  Any action, suit, contest, litigation or similar proceeding (a "**Proceeding**") relating to this Agreement or the enforcement of any provision of this Agreement may be brought or otherwise commenced only in Superior Court for the City and County of San Francisco, State of California.  Each party to this Agreement: (a) expressly and irrevocably consents and submits to the jurisdiction of each state and federal court located in the City and County of San Francisco, State of California (and each appellate court located in the City and County of San Francisco, State of California) in connection with any such Proceeding; (b) agrees that each state located in the City and County of San Francisco, State of California shall be deemed to be a convenient forum; and (c) agrees not to assert (by way of motion, as a defense or otherwise), in any such Proceeding commenced in any state or federal court located in the City and County of San Francisco, State of California, any claim that such party is not subject personally to the jurisdiction of such court, that such Proceeding has been brought in an inconvenient forum, that the venue of such Proceeding is improper or that this Agreement or the subject matter of this Agreement may not be enforced in or by such court.

   **9.     Execution of Agreement**.  This Agreement may be executed in one or more counterparts each of which will be deemed to be an original copy of this Agreement and all of which, when taken together, will be deemed to constitute one and the same agreement.  The exchange of copies of this Agreement and of signature pages by facsimile transmission or PDF shall constitute effective execution and delivery of this Agreement as to the parties and may be used in lieu of the original Agreement for all purposes.  Signatures of the parties transmitted by facsimile or PDF shall be deemed to be their original signatures for any purposes whatsoever.

**10.     Section Headings, Construction**.  The headings of sections in this Agreement are provided for convenience only and will not affect its construction or interpretation.

**11.     Waiver**.  The rights and remedies of the parties to this Agreement are cumulative and not alternative.  Neither the failure nor any delay by any party in exercising any right, power or privilege under this Agreement or the documents referred to in this Agreement will operate as a waiver of such right, power or privilege, and no single or partial exercise of any such right, power or privilege will preclude any other or further exercise of such right, power or privilege or the exercise of any other right, power or privilege.  To the maximum extent permitted by applicable law:  (a) no claim or right arising out of this Agreement or the documents referred to in this Agreement can be discharged by one party, in whole or in part, by a waiver or renunciation of the claim or right unless in writing signed by the other party; (b) no waiver that may be given by a party will be applicable except in the specific instance for which it is given; and (c) no notice to or demand on one party will be deemed to be a waiver of any obligation of such party or of the right of the party giving such notice or demand to take further action without notice or demand as provided in this Agreement or the documents referred to in this Agreement.

**12.     Entire Agreement and Modification**.  This Agreement supersedes all prior agreements among the parties with respect to its subject matter and constitutes (along with the documents referred to in this Agreement) a complete and exclusive statement of the terms of the agreement between the parties with respect to its subject matter.  This Agreement may not be amended except by a written agreement executed by all parties and Escrow Agent.

**13.     Governing Law**.  This Agreement shall be governed by and interpreted and enforced in accordance with the laws of the State of California, USA, without regard to the conflict of laws rules thereof.

**14.     Miscellaneous**.

(a)     *Authority*.  Each party hereto hereby represents and warrants to the other parties that the execution and delivery by such party of this Agreement, and the performance by such party of its obligations hereunder, have been duly and validly authorized by such party, with no other action on the part of such party being necessary.  This Agreement has been duly and validly executed and delivered by such party and constitutes a legal, valid and binding obligation of such party enforceable against such party in accordance with its terms.

(b)     *Further Assurances*.  Each party shall do and perform, or cause to be done and performed, all such further acts and things, and shall execute and deliver all such other agreements, certificates, instruments and documents, as any other party may reasonably request in order to carry out the intent and accomplish the purposes of this Agreement and the consummation of the transactions contemplated hereby.

*** Signatures Appear on the Next Page***

IN WITNESS WHEREOF, the parties have executed and delivered this Agreement as of the date first written above.

**Gerald M. Murphy (Attorney for Feledy Group Plaintiffs)**

_____

**Gene Atherton (Attorney for Mark Sullivan)**

_____

**Patrick Manshardt (Attorney for Schiff Group Plaintiffs)**

_____

**ESCROW AGENT:**
**Fidelity National Title**

By:_____
     Name:
     Title:

**RDLF Financial Services LLC**

By:_____
     Name:
     Title:

**RD Legal Funding Partners LP**

By:_____
     Name:
     Title:

**One Bunker Hill Law LLC**

By:_____
     Name:  Lorraine Loder, Esq.
     Title:  Member/Manager

6

**Approved as to Form:**

_____
Gerald M. Murphy, Esq.
Attorney for the Feledy Group Plaintiffs


_____
Gene Atherton, Esq.
Attorney for Mark Sullivan


_____
Patrick J. Manshardt, Esq.
Attorney for Schiff Group Plaintiffs

301036655.1

7

IN WITNESS WHEREOF, the parties have executed and delivered this Agreement as of the date first written above.

Gerald M. Murphy (Attorney for Feledy Group Plaintiffs)

_____

Gene Atherton (Attorney for Mark Sullivan)

_____

Patrick Manshardt (Attorney for Schiff Group Plaintiffs)

_____

**ESCROW AGENT:**
**Fidelity National Title**

By: _____
    Name:
    Title:

**RDLF Financial Services LLC**

By: _____
    Name:
    Title:

**RD Legal Funding Partners LP**

By: _____
    Name:
    Title:

**One Bunker Hill Law LLC**

By: _____
    Name: Lorraine Loder, Esq.
    Title: Member/Manager

6

IN WITNESS WHEREOF, the parties have executed and delivered this Agreement as of the date first written above.

Gerald M. Murphy (Attorney for Feledy Group Plaintiffs)

Gene Atherton (Attorney for Mark Sullivan)

Patrick Manshardt (Attorney for Schiff Group Plaintiffs)

**ESCROW AGENT**
**Fidelity National Title**

By:_____
    Name:
    Title:


**RDLF Financial Services LLC**


By:_____
    Name:
    Title:

**RD Legal Funding Partners LP**


By_____
    Name:
    Title:


**One Bunker Hill Law LLC**


By:_____
    Name: Lorraine Loder, Esq.
    Title: Member/Manager


6

IN WITNESS WHEREOF, the parties have executed and delivered this Agreement as of the date first written above.

**Gerald M. Murphy (Attorney for Feledy Group Plaintiffs)**

_____

**Gene Atherton (Attorney for Mark Sullivan)**

_____

**Patrick Manshardt (Attorney for Schiff Group Plaintiffs)**

_____

**ESCROW AGENT:**
**Fidelity National Title**

By:_____
    Name:
    Title:

**RDLF Financial Services LLC**

By:_____
    Name: Roni Dersovitz
    Title: Manager

**RD Legal Funding Partners LP**

By:_____
    Name: Roni Dersovitz
    Title:

**One Bunker Hill Law LLC**

By:_____
    Name: Lorraine Loder, Esq.
    Title: Member/Manager

6

IN WITNESS WHEREOF, the parties have executed and delivered this Agreement as of the date first written above.

**Gerald M. Murphy (Attorney for Feledy Group Plaintiffs)**

_____

**Gene Atherton (Attorney for Mark Sullivan)**

_____

**Patrick Manshardt (Attorney for Schiff Group Plaintiffs)**

_____

**ESCROW AGENT:**
**Fidelity National Title**

By:_____
        Name:
        Title:

**RDLF Financial Services LLC**

By:_____
        Name:
        Title:

**RD Legal Funding Partners LP**

By:_____
        Name:
        Title:

**One Bunker Hill Law LLC**

By _____
        Name:  Lorraine Loder, Esq.
        Title:  Member/Manager

6

**Approved as to Form:**

Gerald M. Murphy, Esq.
Attorney for the Feledy Group Plaintiffs

Gene Atherton, Esq.
Attorney for Mark Sullivan

_____
Patrick J. Manshardt, Esq.
Attorney for Schiff Group Plaintiffs

301036655.1

7

**Approved as to Form:**

Gerald M. Murphy, Esq.
Attorney for the Feledy Group Plaintiffs

Gene Atherton, Esq.
Attorney for Mark Sullivan

Patrick J. Manshardt, Esq.
Attorney for Sobiff Group Plaintiffs

301036655.1

7