**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK SCHIFF, | No. C-03-4345 MMC |
| Plaintiff, | No. C-04-2261 MMC |
| | No. C-04-2262 MMC |
| v. | **ORDER OF DISMISSAL** |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | |
| _____ | |
| NARDA GILLESPIE et al., | |
| Plaintiffs, | |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | |
| _____ | |
| MARK OSUNA, | |
| Plaintiff, | |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | |
| _____/ | |

1    The parties having advised the Court that they have agreed to a settlement of the above-titled actions, the Court having directed the parties to notify the Court within seven days of approval of the settlement by the appropriate governmental entities, the parties having so notified the Court, and the Court having approved and filed concurrently herewith the parties' Stipulation as to the disposition of the settlement funds,

IT IS HEREBY ORDERED that all claims alleged herein be dismissed with prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for the settlement has not been delivered, the foregoing order shall stand vacated and the action shall forthwith be restored to the calendar to be set for trial.

**IT IS SO ORDERED.**

Dated: May 6, 2008

_____
MAXINE M. CHESNEY
United States District Judge