**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**RELATED CASE ORDER**

A Notice of Related Case has been filed, stating that the following cases are related within the meaning of Civil L.R. 3-12(a):

    C 03-4345 MMC    Frederick Schiff v. City & County of San Francisco, et al.
    C 08-4627 PJH    Frederick Schiff v. City & County of San Francisco, et al.

**ORDER**

On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

    [ X ]  **ARE NOT RELATED** as defined by Civil L.R. 3-12(a).

    [   ]  **ARE RELATED** as defined by Civil L.R. 3-12(a).

**DATED**: October 22, 2008

                                                 MAXINE M. CHESNEY
                                                 United States District Judge